DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEOPOLDO FLORES, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3606

[August 13, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Edward Nutt, Judge; L.T. Case No. 502017CF010999AXXXMB.

Hani Adel Demetrious of Robert David Malove, P.A., Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, SHEPHERD and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***